1442

## RECONSIDERATION OF PRIOR DECISIONS

**2005–0749. State v. Brown.**
Cuyahoga C.P. No. CR 447563. Reported at 115 Ohio St.3d 55, 2007-Ohio-4837, 873 N.E.2d 858. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2006–1025. Norfolk S. Ry. Co. v. Bogle.**
Cuyahoga App. No. 86339, 166 Ohio App.3d 449, 2006-Ohio-1540. Reported at 115 Ohio St.3d 455, 2007-Ohio-5248, 875 N.E.2d 919. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**2006–1576. State ex rel. Wheeling–Pittsburgh Steel Corp. v. Indus. Comm.**
Franklin App. No. 05AP–913, 2006-Ohio-3912. Reported at 115 Ohio St.3d 372, 2007-Ohio-5234, 875 N.E.2d 91. On motion for reconsideration. Motion denied.

**2007–1112. Jonovich v. E. Cleveland.**
Cuyahoga App. No. 88272, 2007-Ohio-1984. Reported at 115 Ohio St.3d 1422, 2007-Ohio-5056, 874 N.E.2d 539. On motion for reconsideration. Motion denied.

O'DONNELL, J., dissents.

## CASE ANNOUNCEMENTS

*December 13, 2007*

[Cite as *12/13/2007 Case Announcements,* 2007-Ohio-6619.]